UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN DOE, On behalf of himself and all
others similarly situated,

    Plaintiff,
v.                                                     Case No. 6:23-CV-01360- WWB-DCI

VGW MALTA LTD., and
VGW LUCKYLAND, INC.,

    Defendants.
_____/

**DEFENDANTS' DISCLOSURE STATEMENT PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

    Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendants VGW Malta Ltd. ("VGW Malta") and VGW Luckyland, Inc. ("VGW Luckyland"), specially appear while preserving all defenses and make the following disclosures:

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

    a. VGW Holdings Ltd. is the ultimate parent company of VGW Malta and VGW Luckyland. VGW Holdings Ltd. is a foreign, public unlisted company incorporated and headquartered in Australia. No other publicly traded company owns 10% or more of the stock of VGW Malta or VGW Luckyland.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its

    a.    Anonymous Plaintiff "John Doe" – alleged to be a citizen of Seminole County, Florida;

    b.    Defendant VGW Malta is a Maltese company with its principal place of business in Malta. VGW Malta is thus a citizen of Malta, a foreign state; and

    c.    Defendant VGW Luckyland is a Delaware corporation with its principal place of business in Delaware. VGW Luckyland is thus a citizen of Delaware.

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    a.    Plaintiff "John Doe";

    b.    Plaintiff's attorney, Dennis Wells of Webb & Wells, P.A;

    c.    Defendant VGW Malta;

    d.    Defendant VGW Luckyland;

    e.    VGW Holdings Ltd.;

    f.    Defendants' attorney T. Todd Pittenger of GrayRobinson, P.A.;

    g.    Defendants' attorney Kelly J.H. Garcia of GrayRobinson, P.A.;

    h.    Defendants' attorney Behnam Dayanim of Orrick, Herrington & Sutcliffe LLP; and

    i.    Defendants' attorney Gregory D. Beaman of Orrick, Herrington & Sutcliffe LLP.

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    None.

---

members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    Not applicable.

6. Identify each person arguably eligible for restitution:

    None.

☒   I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: July 20, 2023                                   Respectfully submitted,

/s/ **T. Todd Pittenger**
T. Todd Pittenger – Lead Counsel
Florida Bar No. 768936
todd.pittenger@gray-robinson.com
Kelly J. H. Garcia
Florida Bar No. 0694851
kelly.garcia@gray-robinson.com
GRAYROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida 32801
(407) 843-8880 Tel/(407) 244-5690 Facsimile
*Counsel for Defendants VGW Malta Ltd. and VGW Luckyland, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of July 2023, I electronically filed the foregoing with the Clerk of the Court by using the CMECF system. I also HEREBY CERTIFY a copy of the foregoing was served by e-mail to Anonymous Plaintiff's counsel: Dennis Wells, Webb & Wells, P.A., P.O. Box 915432, Longwood, FL 32779, denniswells2@icloud.com.

/s/ ***T. Todd Pittenger***
T. Todd Pittenger, Esq.
GrayRobinson, P.A.