UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN DOE, On behalf of himself and all
others similarly situated,

    Plaintiff,
v.                                                                          Case No. 6:23-CV-01360-WWB-DCI

VGW MALTA LTD., and
VGW LUCKYLAND, INC.,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF RELATED ACTION

Undersigned counsel specially appears (while preserving all defenses) and in accordance with Local Rule 1.07(c), certifies that the instant action:

___   IS       related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_X_   IS NOT   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Related Action upon each party no later than fourteen days after appearance of the party.

Dated:  July 20, 2023                 Respectfully submitted,

                                                    /s/ **T. Todd Pittenger**
                                                    T. Todd Pittenger – Lead Counsel
                                                    Florida Bar No. 768936
                                                    todd.pittenger@gray-robinson.com
                                                    Kelly J. H. Garcia
                                                    Florida Bar No. 0694851
                                                    kelly.garcia@gray-robinson.com

/18615/1#51007154 v1

GRAYROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida 32801
(407) 843-8880 Tel/(407) 244-5690 Facsimile
*Counsel for Defendants VGW Malta Ltd. and VGW Luckyland, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of July 2023, I electronically filed the foregoing with the Clerk of the Court by using the CMECF system. I also HEREBY CERTIFY a copy of the foregoing was served by e-mail to Anonymous Plaintiff's counsel: Dennis Wells, Webb & Wells, P.A., P.O. Box 915432, Longwood, FL 32779, denniswells2@icloud.com.

/s/ **T. Todd Pittenger**
T. Todd Pittenger, Esq.
GrayRobinson, P.A.