UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN DOE, on behalf of himself and all
others similarly situated,

    Plaintiff,
v.                                                Case No. 6:23-CV-01360-WWB-DCI

VGW MALTA LTD., and
VGW LUCKYLAND, INC.,

    Defendants.
_____/

## UNOPPOSED MOTION FOR PERMISSION OF
## BEHNAM DAYANIM TO APPEAR PRO HAC VICE

Pursuant to Rule 2.01(c), Local Rules, United States District Court, Middle District of Florida, Behnam Dayanim, Esquire, moves for special admission to represent Defendants, VGW Malta Ltd., and VGW Luckyland, Inc., (appearing specially while preserving all defenses), in this action.:

    1.    I am an attorney in the Washington DC office of the law firm Orrick, Herrington & Sutcliffe LLP.

    2.    I am neither a Florida resident nor a member in good standing of the Florida Bar.

    3.    I am a member in good standing of the bars of the U.S. District Court for the District of Maryland.

    4.    I have not abused the privilege of special admission by maintaining a regular law practice in Florida. More specifically, I have not appeared in state or federal court in Florida in the last thirty-six months and have not requested to appear in Florida other than in this action, within the past thirty-six months.

5. I will comply with the federal rules and this Court's local rules.

6. I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

7. I have paid the fee for special admission or will pay the fee upon special admission.

8. I designate as local counsel Todd Pittenger, a member of good standing of the Florida Bar and the bar of this Court, who maintains an office in the State of Florida for the practice of law with whom the Court and opposing counsel may readily communicate regarding the conduct of the case.

9. I will register with the Court's CM/ECF system.

10. I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

/s/ *Behnam Dayanim*
Behnam Dayanim (pending pro hac vice)
Bdayanim@orrick.com
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Tel. 202-339-8613
*Co-Counsel for Defendants VGW Malta Ltd. and VGW Luckyland, Inc.*

**LOCAL RULE 3.01(G) CERTIFICATION**

The undersigned has conferred with opposing counsel via telephone and is authorized to state that Plaintiff does not oppose this Motion.

Dated: July 24, 2023.　　　　　　　　　/s/ *T. Todd Pittenger*
　　　　　　　　　　　　　　　　　　　T. Todd Pittenger – Lead Counsel
　　　　　　　　　　　　　　　　　　　Florida Bar No. 768936
　　　　　　　　　　　　　　　　　　　todd.pittenger@gray-robinson.com
　　　　　　　　　　　　　　　　　　　GRAYROBINSON, P.A.
　　　　　　　　　　　　　　　　　　　301 East Pine Street, Suite 1400
　　　　　　　　　　　　　　　　　　　Orlando, Florida 32801
　　　　　　　　　　　　　　　　　　　(407) 843-8880 Tel/(407) 244-5690 Facsimile
　　　　　　　　　　　　　　　　　　　*Counsel for Defendants VGW Malta Ltd. and VGW Luckyland, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on July 24, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

　　　　　　　　　　　　　　　　　　　s/ *T. Todd Pittenger*
　　　　　　　　　　　　　　　　　　　T. Todd Pittenger – Lead Counsel
　　　　　　　　　　　　　　　　　　　*Counsel for Defendants VGW Malta Ltd. and VGW Luckyland, Inc.*